United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OFELIA FUENTES PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2564 |
| | § | |
| WARDEN, MONGTOMERY | § | |
| PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Ofelia Fuentes Perez filed this petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). Through counsel, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1).

The petitioner's counsel is **ORDERED** to file a status report **within 5 days** of the date of this order and inform the Court whether she still seeks habeas relief. If appropriate, petitioner's counsel is directed to file a proposed order of dismissal.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on <u>       August 5                  </u>, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE